UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HARMS,<br>  Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br>  Defendant. | )<br>)<br>) Case Number: 3:16-cv-1585-WHO<br>)<br>)<br>) ORDER APPOINTING COUNSEL<br>)<br>)<br>)<br>) |

    Because the plaintiff is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Robert Artuz and Norris Boothe of Kilpatrick, Townsend & Stockton LLP are hereby appointed as counsel for Dale Harms in this matter.

    The scope of this referral shall be for:

    ☐  all purposes for the duration of the case

    X  the limited purpose of representing the litigant in the course of

        ☐  mediation

        ☐  early neutral evaluation

        X  settlement conference

        ☐  briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

        ☐  discovery as follows:
            _____

        ☐  other:
            _____

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated:  May 23, 2016

Hon. William H. Orrick

United States District Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES