UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE NORMAN HARMS,<br><br>        Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>        Defendants. | Case No.  16-cv-01585-WHO<br><br>**ORDER GRANTING APPROVAL TO FILE LIS PENDENS**<br><br>Re: Dkt. No. 27 |

Plaintiff Dale Harms requests permission to file a lis pendens in Contra Costa County concerning the real property involved in this matter.  His request is approved pursuant to California Code of Civil Procedure section 405.21.  He should execute the attached Notice of Pending Action prior to recording.

**IT IS SO ORDERED**.

Dated: June 16, 2016



WILLIAM H. ORRICK
United States District Judge