UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE NORMAN HARMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-01585-WHO<br><br>**ORDER SETTING MEDIATION DATE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

    In light of the defendants' agreement to postpone foreclosure proceedings until after a court-sponsored mediation, the Court ORDERS that the mediation occur prior to August 1, 2016. In addition, the scheduled Case Management Conference shall be CONTINUED from July 5, 2016 until August 23, 2016 at 2:00 p.m. in Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, CA.

    **IT IS SO ORDERED**.

Dated: June 30, 2016



WILLIAM H. ORRICK  
United States District Judge