**YU | MOHANDESI LLP**

**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Pavel Ekmekchyan** (SBN 223222)
213.985.2007 | pavel@yumollp.com
**Neeru Jindal** (SBN 235082)
213.266.5459 njindal@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-27 Mortgage Pass-Through Certificates Series 2005-27

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| DALE HARMS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27, SELECT PORTFOLIO SERVICING INC., NATIONAL DEFAULT SERVICING CORPORATION, and "all persons or entities unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto," AND DOES 1 to 100,<br><br>    Defendants. | Case No. 16-cv-01585-CW<br><br>Assigned to the Hon. Claudia Wilken<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL BY THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-27 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27** |

Notice is hereby given that, subject to approval by the court, Defendant The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-27 Mortgage Pass-Through Certificates Series 2005-27 ("BNYM") substitutes Pavel Ekmekchyan (SBN 223222) and Neeru Jindal (SBN 235082) of Yu Mohandesi LLP as attorneys of record in place of Gwen H. Ribar and Marvin B. Adviento of Wright, Finlay & Zak LLP. All further pleadings and/or correspondence to BNYM shall be served upon new counsel, whose contact information is as follows:

        Pavel Ekmekchyan
        pavel@yumollp.com
        Tel: (213) 985 - 2007

        Neeru Jindal
        njindal@yumollp.com
        Tel: (213) 266-5459

        633 West Fifth Street, Suite 2800
        Los Angeles, California 90071
        Fax: (213) 377-5501

**I consent to the above substitution.**

Dated: February 22, 2017     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-27 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 BY NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING, AS ATTORNEY IN FACT FOR

By: _____
Name: Justin T. Bradley
Title: Authorized Representative

///
///

**I consent to being substituted.**

Dated: February 23, 2017          **WRIGHT, FINLAY & ZAK, LLP**

                                  By:   /s/ *Gwen Ribar*  *
                                        GWEN RIBAR

                                        * *Use of e-Signature approved & authorized via e-mail dated February 23, 2017*

                                  By:   /s/ *Marvin B. Adviento* *
                                        MARVIN B. ADVIENTO

                                        * *Use of e-Signature approved & authorized via e-mail dated February 23, 2017*

**I consent to the above substitution.**

Dated: February 23, 2017          **YU | MOHANDESI LLP**

                                  By:      /s/ *Pavel Ekmekchyan* *
                                        PAVEL EKMEKCHYAN

                                        * *Use of e-Signature approved & authorized via e-mail dated February 21, 2017*


                                           /s/ *Neeru Jindal*
                                        NEERU JINDAL


**The substitution of attorney is hereby approved and so ORDERED.**


Dated:                            By:
                                        Hon. Claudia Wilken

**CERTIFICATE OF SERVICE**

I certify that on February 23, 2017, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system. A copy of the foregoing was also mailed via United States Postal Service to the following non-ECF participant:

DATED:  February 23, 2017

YU | MOHANDESI LLP

By   /s/ *Neeru Jindal*
Neeru Jindal
Attorneys for Defendants
Select Portfolio Servicing, Inc. and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., ALT 2005-27 Mortgage Pass-Through Certificates Series 2005-27